NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MUHR UND BENDER KG,**
*Appellant*

**v.**

**RASSINI SUSPENSIONES, S.A. DE C.V.,**
*Appellee*

---

2023-2373

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00278.

---

**JUDGMENT**

---

MARC LORELLI, Brooks Kushman PC, Royal Oak, MI, argued for appellant. Also represented by FRANK A. ANGILERI, KYLE G. KONZ, JOHN P. RONDINI.

JOHN S. ARTZ, Dickinson Wright PLLC, Ann Arbor, MI, argued for appellee. Also represented by STEVEN A. CALOIARO, Reno, NV.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, PROST and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 10, 2025
Date

Jarrett B. Perlow
Clerk of Court